FRANCES E. HIDDEN and Others, Respondents, v. EDWARD H. RAYNOLDS and Others, Appellants, and EMPIRE TRUST COMPANY, Defendant.— Judgment, in so far as appealed from, affirmed, with costs. No opinion. Young, Hagarty and Tompkins, JJ., concur; Kapper, J., dissents upon the ground that Raynolds accomplished all he could legally do when he assumed to prevent a contest by all who lawfully could be advised or controlled by him; Scudder, J., not voting.

EDNA S. HOFFMAN, Respondent, v. ARTHUR H. HOFFMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of ISRAEL HARRY GOODKOWITZ, Appellant, for a Mandamus Order against THOMAS M. LYNCH, Commissioner of Taxation and Finance of the State of New York, Respondent.— Order as resettled denying motion for peremptory or alternate mandamus order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Account of ARTHUR N. SMITH and CHARLES M. HICK, as Administrators with the Will Annexed of the Goods, Chattels and Credits Left Unadministered Which Were of OBADIAH HARNED, Deceased. In the Matter of the Petition of WILLIAM H. HARNED, as Administrator, etc., of FRANCES IRELAND, to Compel CHARLES M. HICK and ARTHUR M. SMITH to Render and Settle Their Account as Administrators with the Will Annexed of OBADIAH HARNED, Deceased. ARTHUR N. SMITH, Individually and as One of the Administrators, etc., of OBADIAH HARNED, Deceased, Appellant; WILLIAM H. HARNED, as Administrator, etc., of FRANCES IRELAND, Deceased, Respondent.— Decree of the Surrogate's Court of Kings county directing the administrators with the will annexed of Obadiah Harned, deceased, to pay to William H. Harned, administrator of Frances Ireland, deceased, the one-third share of the net residuary personal estate left upon the death of the life tenant, and order requiring said administrators with the will annexed of Obadiah Harned, deceased, to account, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ. [138 Misc. 546; 140 id. 151.]

In the Matter of Proceedings Supplementary to Execution: TEPPERBERG & GLASSER, INC., Appellant, v. IRVING SCHWARTZ, Judgment Debtor, and NATHAN VOLOSHEN, Respondent.— Order denying motion to direct a third party, in proceedings supplementary to execution, to pay over money to the receiver of the judgment debtor affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order denying motion for reargument dismissed. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.